IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JJCO, INC., dba JACKSON ISUZU, a Hawaii Corporation, | ) ) ) | CIV. NO. 08-00419 SOM/LEK |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO EXCEED PAGE AND |
| vs. | ) ) | WORD LIMIT TO ITS REPLY MEMORANDUM SUPPORTING ITS |
| ISUZU MOTORS AMERICA, INC., a Michigan Corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) | MOTION TO ALTER OR AMEND JUDGMENT |
| Defendants. | ) ) ) | |

ORDER DENYING PLAINTIFF'S MOTION TO EXCEED
PAGE AND WORD LIMIT TO PLAINTIFF'S REPLY
<u>MEMORANDUM SUPPORTING ITS MOTION TO ALTER OR AMEND JUDGMENT</u>

On April 30, 2010, Plaintiff filed its reply in support of its motion to alter or amend judgment. On May 3, 2010, realizing its reply exceeded page and word limits, Plaintiff filed an <u>ex parte</u> motion to increase the page and word limit to Plaintiff's reply memorandum. Plaintiff "respectfully requests the Court's consideration of all applicable arguments including those which exceed the page and word limits." Plaintiff also says that it needed the additional room to "respond adequately to all defense arguments." King Decl. ¶ 4. These reasons are not persuasive. First, Defendant was able to raise all arguments and stay within the page limitations for the opposition. Second,

Plaintiff filed this motion after it filed its reply, apparently having drafted the reply without considering any limitation. Third, if the reply includes any argument raised for the first time, that argument need not be considered by a court in any event. See L.R. 7.4. Accordingly, the court strikes Plaintiff's reply. Plaintiff may refile a reply complying with the applicable word or page limitation no later than 4:30 p.m., Tuesday, May 4, 2010.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 3, 2010



/s/ Susan Oki Mollway

Susan Oki Mollway
Chief United States District Judge

JJCO, Inc., v. Isuzu Motors America, Inc, et al., Civ. No. 08-419 Order Denying Plaintiff's Motion to Increase Page and Word Limit to Plaintiff's Reply Memorandum Supporting its Motion to Alter or Amend Judgment.